In the Matter of  cation for Approval of a Certificate of Incorporation for VOLUNTAI  DER, INC.— Motion for the approval by this court, pursuant to subdivision 5 of section 280 of the Penal Law, of a proposed certificate of incorporation of a nonprofit membership corporation to be called "Voluntary Defender, Inc." Motion denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, DECEMBER, 1959

### (December 23, 1959)

FRANK FERRO, as Administrator of the Estate of DELORES FERRO, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order reversed and verdict of the jury reinstated, with costs, upon the ground that the verdict of the jury was in accord with the weight of evidence. All concur. (Appeal from an order of Cayuga Trial Term granting defendant's motion to set aside the verdict of a jury in favor of plaintiff in a railroad negligence action, and granting a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

FRANK FERRO, as Administrator of the Estate of MARIO FERRO, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Same decision and like cause of action as in companion case of Ferro v. Lehigh Valley R. R. Co. (9 A D 2d 1011).

FRANK FERRO, as Administrator of the Estate of JOSEPHINE FERRO, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Same decision and like cause of action as in companion case of Ferro v. Lehigh Valley R. R. Co. (9 A D 2d 1011).